IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00472-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9947 NORTH 65TH STREET, LONGMONT, COLORADO, and
$15,080.00 IN UNITED STATES CURRENCY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

      Plaintiff's Motion to Vacate Status Conference [filed March 14, 2011; docket #7] is **granted**. The Status Conference scheduled for April 18, 2011 is hereby **vacated**. The Plaintiff shall file with a status report **on or before April 29, 2011** informing the Court of the status of the execution of the warrant and writ in this case, notice of the action to possible claimants, and the filing of any Claims and/or Answers in the case. Upon receipt of the status report, the Court will determine whether and when to set a status/scheduling conference in the case.