IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00472-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

9947 NORTH 65TH STREET, LONGMONT, COLORADO, and
$15,080.00 IN UNITED STATES CURRENCY,

       Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States, claimant Central Mortgage Company have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant 9947 North 65th Street;

THAT Vincent H. Raines and Marie H. Raines have consented to the forfeiture of defendant 9947 North 65th Street and defendant $15,080.00 in United States Currency;

THAT no other claims have been filed;

THAT it further appears there is cause to issue a forfeiture order for defendant 9947 North 65th Street and defendant $15,080.00 in United States Currency under 21 U.S.C. §

881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of defendant 9947 North 65th Street, more particularly described as: A tract of land situate in the Northwest 1/4 Section 11, Township 2 North, Range 70 West of the 6th P.M., described as follows: Beginning at the Northwest corner of said Section 11; thence East 1320 feet along the North line of Section 11; thence South 00 ° 14' West 1537.1 feet along the East line of the West Half of the Northwest 1/4 of Section 11, to the True Point of Beginning: Thence South 00 ° 14' West 199.1 feet along the East line of the West Half of the Northwest 1/4 of Section ll; thence West 1094.1 feet; thence North 00 ° 14' East 199.1 feet, thence East 1094.1 feet; to the True Point of Beginning, County of Boulder, State of Colorado is entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited 9947 North 65th Street, and may dispose of it in accordance with law and the parties Settlement Agreement;

THAT the United States shall have full and legal title to the forfeited $15,080.00 in United States Currency, and may dispose of it in accordance with law.

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, which this Order constitutes, is granted; and

THAT the Clerk of Court is directed to enter Judgment as to defendant 9947 North 65th Street and defendant $15,080.00 in United States Currency.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant 9947 North 65th Street and defendant $15,080.00 in United States Currency is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment of forfeiture of defendant 9947 North 65th Street, and defendant $15,080.00 in United States Currency, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, which this Order constitutes, is granted.

SO ORDERED this 18th day of August, 2011.

BY THE COURT:

s/ Christine M. Arguello
CHRISTINE M. ARGUELO
United States District Court Judge